UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20054-ALTMAN/Reid

EMILIO PINERO,

    *Plaintiff*,

v.

AVENTURA FASHION
ISLAND, L.P., *et al.*,

    *Defendants.*

_____/

## ORDER

On March 23, 2023, we entered an Order that required the parties to file a stipulation of dismissal by April 21, 2023. *See* Order [ECF No. 40]. As of this writing, no stipulation of dismissal has been filed, and the time for filing has expired. Accordingly, the Court hereby **ORDERS** that the case be **DISMISSED without prejudice**.

**DONE AND ORDERED** in the Southern District of Florida on May 30, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record